IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO MARQUIS LATHON                                                              PLAINTIFF

        v.                Civil No. 06-5133

CORPORAL WASHBOURNE;
WASHINGTON COUNTY DETENTION
CENTER; SHERIFF JOHN DOE;
OFFICER KERN; OFFICER ROBINSON;
and OFFICER CASINO                                                                  DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **November 17, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 22nd day of September 2006.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)