IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ANTONIO MARQUIS LATHON                                          PLAINTIFF

            v.                      Civil No. 06-5133

CORPORAL WASHBOURNE;
SHERIFF TIM HELDER;
OFFICER KERN; OFFICER ROBINSON;
and OFFICER CASINO                                            DEFENDANTS


### **O R D E R**

Defendants have filed a motion for summary judgment (Doc. 29).  To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Antonio Lathon is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 18th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ANTONIO MARQUIS LATHON                                                    PLAINTIFF

                        v.                        Civil No. 06-5133

CORPORAL WASHBOURNE;
SHERIFF TIM HELDER;
OFFICER KERN; OFFICER ROBINSON;
and OFFICER CASINO                                                       DEFENDANTS


**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  ANTONIO MARQUIS LATHON

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

        1.  You were booked into the Washington County Detention Center (WCDC) on

November 16, 2005.  You had been brought back from the Arkansas Department of

Correction (ADC) for court proceedings.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1.

_____

_____

_____

_____

-2-

2.  You had been at the WCDC on three prior occasions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1.

_____

_____

_____

_____

3.  Your charges included aggravated assault, terroristic threatening, possession of

controlled substances, and obstruction of governmental operations.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1.

_____

_____

_____

_____

4. Your medical questionnaire completed at the time of intake on November 16, 2005,

indicated you had no health problems other than the fact that you were allergic to pollen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

-3-

_____

_____

     5.  On November 17, 2005, you requested information regarding who your lawyer was and you stated you needed your motion for discovery.  You asked that your request be faxed to the public defender's office.  Your request was faxed.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

     6.  On November 20, 2005, you submitted a grievance stating that Corporal Washbourne called you out of your pod and asked if you had said you were going to kick his a–.  You replied:  "No."  You indicate Washbourne then tried to goad you into hitting him.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7.  When you did not hit Washbourne, you assert he said he would choke you're a–. You indicate you replied:  "So choke me."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

8.  You indicate Washbourne then told you to go back into your pod.  As you were walking back into the pod, you assert he kicked you on the back of your foot.  You state you tried to get his foot off of you and he then jumped you and proceeded to choke you.  At this point, you state you were jumped on by four officers and kicked and punched.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

9.  After the incident, you asserted your back was hurting, your neck was hurting, and your leg was bleeding.  You stated Washbourne also kicked you in the testicles.

-5-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

    10.   Please describe in detail the amount of physical force used by each of the

following defendants:

    Washbourne:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

Kern:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Robinson:

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

Casino:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Helder:

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

    11.  Please describe in detail:  (a) the physical injuries you suffered as a result of the use of force; (b) the symptoms you experienced; (c) the severity of the symptoms; (d) whether you sought, or received, medical treatment as a result of the injuries; and (e) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    12.  The inmates in all blocks in A pod were agitated on the morning of November

20, 2005, because the kitchen was late with breakfast.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-10-

2.

_____

_____

_____

_____

   13.   When Washbourne entered s-block to distribute morning medication, the

detainees were yelling and screaming at him because he was not serving trays.

   Agree_____ Disagree_____Without knowledge to agree or disagree_____.

   If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

   14.   As Washbourne was doing medication, you made several offensive remarks and

stated that if he was not in uniform you would beat him to death.

   Agree_____ Disagree_____Without knowledge to agree or disagree_____.

   If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

-11-

_____

15.  Kern heard all the yelling and entered the block to check on Washbourne's safety.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

16.  As Kern was leaving the block, you told Kern that he better not leave Washbourne in there alone, something might happen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

17.  Kern asked you if that was a threat and you responded by asking Kern if it sounded like a threat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-12-

2.

_____

_____

_____

_____

18.  When Kern responded that it did, you stated:  "whatever mother------, f---- you."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

19.  When Washbourne finished with the medication, he instructed you to exit the cell

block so he could talk to you.  You came out as he instructed.  He told you to put your hands

behind your back and you complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

20. Washbourne asked you what your problem was and why you wanted to fight him. You indicated you did not like Washbourne or the other guards.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

21. Washbourne told you that you needed to stop causing problems and making threats.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

22. When Washbourne escorted you back into s-block, you turned and kicked Washbourne in the knee.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-14-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

23.  Kern and Washbourne grabbed you and placed you on the floor to restrain you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

24.  While you were on the floor, Detainee David Julien tried to strike Deputy Kern.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

25.  Deputy Robinson restrained you while Washbourne went to help Kern.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

26.  Washbourne grabbed Julien and placed him against the wall.  Washbourne used three strikes to the common peroneal in an effort to get Julien to the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

27.  Julien would not go to the floor.  Washbourne then used two to three brachial stuns to the neck area and Julien went to the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

28.  While Julien was on the floor, he would not give the deputies his hands so Kern applied a mandibular angle pressure point Julien then complied and placed his hands behind his back and was handcuffed and escorted down the hallway.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 1-2.

_____

_____

_____

_____

29.  As Washbourne was standing in front of Julien, he came at Washbourne in an aggressive manner, Washbourne placed his right hand on Julien's chest and placed him back against the wall and gave a verbal command not to move off the wall.  Julien stated:  "If I wasn't handcuffed I would f----- beat you're a–."

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

-17-

_____

_____

_____

30.  Kern completed a incident report about the events of November 20, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

31.  Kern did not use excessive physical force against you on November 20, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

32.  The only force Kern used against you was when he pushed you up against the

wall to restrain you after you kicked Washbourne.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-18-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

33.  Michael Robinson made an incident report about the events of November 20, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

34.  The only physical force Robinson used was to help restrain you while you were on the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

35.  Robinson did not use excessive physical force against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

36.  Washbourne suffered minor injuries to his right knee and was treated at Mediserve.  He was to stay on light duty for several days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

37.  Sgt. Alan Johnson, of the Office of Professional Conduct, conducted an internal affairs investigation of the incident as a result of a complaint by Julien.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-20-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 9.

_____

_____

_____

_____

38.  You were interviewed by Johnson.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 11.

_____

_____

_____

_____

39.  You told Johnson that everyone was mad about breakfast being late and that you had told Washbourne that they sent him in amongst all the wolves.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 11.

_____

_____

_____

-21-

_____

40.   You indicated Washbourne called you out in the hall and asked if you had said

you were going to kick his a–.  You denied saying that.  You indicated you and Washbourne

had some words back and forth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

11.

_____

_____

_____

_____

41.   You indicated that Washbourne acted like he was trying to provoke you and

threatened to choke you.  When Washbourne told you to go back in the barracks, you indicate

you turned to go and then Washbourne kicked you on the back of your leg or kind of stepped

down on your foot.  You stated that you kicked your leg back to get Washbourne's foot off of

you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

11.

_____

_____

_____

-22-

42.  You indicated Washbourne started choking you and then all the other officers jumped on you.  At this point, somebody pushed Julien out into the hall.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 11.

_____

_____

_____

_____

43.  Johnson noted that you did not sustain any significant injuries.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 12.

_____

_____

_____

_____

44.  Washbourne was found to have engaged in officer misconduct by having used profane language towards you.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-23-

20-21.

_____

_____

_____

_____

45.  Washbourne was not found to have used excessive physical force towards you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages

20-21.

_____

_____

_____

_____

46.  On November 21, 2005, you submitted a grievance complaining that your neck

and back were hurting and your leg was bleeding but you were never seen.  You said it didn't

pay to see the nurses because they did not do their job.  You asked what happened to the

officers that brutalized Julien and you.  You asked why they assaulted Julien.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

-24-

_____

_____

    47.  In response, you were told that you would see the doctor on November 22nd and would be given over-the-counter medication to help you feel better until then.  You were also told the nurse would be talked to as soon as she came in.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

    48.  On November 21, 2005, you complained that your grievance had not been answered.  You stated officers had not sent your grievances back from the day before although other inmates had received responses to their grievances.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

-25-

49.  In response, you were told that this would be checked into.  You were also told that you were spoken to in person about one grievance but would also receive a written response.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

50. On November 22, 2005, you submitted a grievance stating you wanted to press charges against Washbourne and Kern.  You indicated Kern was suspended and you wanted to know why Washbourne was still working.  You stated your wrist and face were still hurting and the doctor was only giving you Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

51. In response, you were told the matter was being looked into.  With respect to

-26-

medication, you were told that they had no control over what the doctor gave you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to the Affidavit of Dr. Clay at ¶

7.

_____

_____

_____

_____

_____

52.   You were seen by Dr. Howard on November 22, 2005.  He noted you were

hurting in the back, wrist, and face and had been in a fight.  He prescribed Aleve, twice a day,

as needed, for a week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

53.   You received the Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

AO72A
(Rev. 8/82)

7.

_____

_____

_____

_____

54.  Did you receive any further medical treatment for injuries you received on November 20, 2005?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

55. On November 25, 2005, you requested medical attention for a cold.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

-28-

_____

_____

_____

56.  In response, you were given sinus tablets for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

6.

_____

_____

_____

_____

57.  On November 27, 2005, you submitted a grievance stating that Kern was not

supposed to be working around you and Julien while Kern and Washbourne were supposedly

being investigated.  However, you said Kern was working in the pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

7.

_____

_____

_____

_____

58.  In response, you were told that unless you had a new problem with Kern he was

-29-

allowed to perform his appointed duties in A pod on the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
7.

_____

_____

_____

_____

59.  On November 30, 2005, you submitted a grievance about being charged for
seeing the nurse and for medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
8.

_____

_____

_____

_____

60.  On November 30, 2005, you submitted a grievance asking that the heat be turned
up.  In response you were informed that the heat was kept at 72 degrees by the computer.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
9.

_____

_____

_____

_____

61. On November 30, 2005, Deputy Charles Wilson overhead someone say he would bust someone's head open if he comes around the corner.  Wilson moved to the middle of the day room and asked who was going to bust someone's head open.  You stated you had said that toward another detainee in a joking manner.  You stated this was your hood.  Wilson reminded you that this was the detention center.  You then threatened Wilson by saying: "I'll bust your head open."  Wilson escorted you into the hallway and you were taken to M-11 and locked-down for the safety and security of the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

62. You were released from lock-down on December 3rd and asked for your property that day.  You received your property the same day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-31-

10.

_____

_____

_____

_____

63. You requested sinus medication on December 3rd and on December 5th Nurse Bradley gave you sinus tablets for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

64. On December 6, 2005, you appeared in Washington County Circuit Court and your case was reset for March 14, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1.

_____

_____

_____

_____

-32-

65.  On December 7, 2005, you were involved in a fight and were pepper sprayed.
You refused to see the nurse to be assessed for injuries.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 4 at page
3.

_____

_____

_____

_____

66.  On December 10, 2005, you submitted a grievance complaining the person you
had been in a fight with had only been locked down for three days while you had been locked
down for five days.  You stated you both should have been locked down for the same amount
of time.  In response, you were told Sgt. Fuller had to release you from lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
11.

_____

_____

_____

_____

67.  On December 14, 2005, you were transferred to the Arkansas Department of
Correction (ADC).

-33-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1.

_____

_____

_____

_____

68.  You were incarcerated at the WCDC again on May 22, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

69.  You completed a medical intake questionnaire on May 22, 2006, and indicated you had no health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

-34-

70.  Your ADC medical records do not indicate any serious back or neck problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 5.

_____

_____

_____

_____

71.  It appears you sought treatment for back and neck problems on December 18,

2005 (Defendants' Exhibit 5 at page 21).  Did you only seek treatment for your back and neck

one time at the ADC?

Answer:  Yes _____ No _____

If you answered no, please explain and please refer the court to the dates on which

you sought treatment and either attach the medical records or refer the court to the pages of

Defendants' Exhibit 5.

_____

_____

_____

_____

_____

_____

_____

-35-

_____

_____

_____

_____

_____

_____

_____

      Detail below any further response you would like to make to the motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-36-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2007.


                             _____
                                  ANTONIO LATHON

AO72A
(Rev. 8/82)